Hon. ROUSSEAU A. BURCH,
Hon. HENRY F. MASON,
Hon. JOHN MARSHALL,
Hon. JOHN S. DAWSON,          } Justices.
Hon. W. W. HARVEY,
Hon. RICHARD J. HOPKINS,

No. 26,684.

Julia G. Paul, *Appellant,* v. Clarence H. Paul, *Appellee.*

ORDER MODIFYING THE LANGUAGE OF THE OPINION.

Appeal from Marshall district court; Fred R. Smith, judge. Order modifying language of the opinion filed June 18, 1926. (For original opinion of reversal see *ante,* p. 88.)

*P. G. Wadham,* of Marysville, for the appellant; *Harry L. Jones,* of Chicago, Ill., of counsel.

*W. W. Redmond,* of Marysville, and *C. D. Smith,* of Blue Rapids, for the appellee.

The opinion of the court was delivered by

Mason, J.: A motion for a rehearing is overruled, but these modifications are made in the opinion: The direction accompanying the reversal is changed from "with directions to render judgment for the plaintiff" to read "with directions to overrule the demurrer to the petition." In a clause used in stating the contentions of the appellee with respect to the effect of the order for the payment of suit money, the words, "not having been embodied in the final judgment it ceased to be effective," are changed to read: "Not having been embodied in the final judgment it was not entitled to recognition as a judgment of a foreign state under the full faith and credit clause of the federal constitution."

Courts, 15 C. J. p. 968 n. 94.